United States District Court
For The Eastern District
of Pennsylvania

Joseph Simmons, Plaintiff

-v-

Officer Willson, et al Defendants
of Curran Fromhold
Correctional Facility

Case No.

22-1644

REC'D JUN - 7 2022

## Complaint for violation of Civil Rights

1.) The Plaintiff, Joseph Simmons was incarcerated at Curran Fromhold Correctional Facility (CFCF) during the events described in this complaint.

2.) Defendant Correctional officer (C/O) Willson is an employee of (CCFCF) whose full name is presently unknown to the plaintiff. He is sued in his individual capacity.

3.) Defendant Lt. Jane Doe is an employee of (CFCF) whose full name is presently unknown to the plaintiff,

He is sued in his individual capacity.

4.) Defendant Sgt. John Doe is an employee of (CFCF) whose full name is currently unknown to Plaintiff. He is sued in his individual capacity.

5.) All the defendants have acted, and continue to act under color of state law at all times relevent to this complaint.

## Facts

6.) On Febuary 22, 2021, on A-1-4 pod of CFCF, Plaintiff pressed the cell call button in his cell, Defendant c/o Willson arrived and was advised by Plaintiff that he feared for his life and felt in danger of physical assault. The time was approximatly 10:00pm.

7.) Defendant c/o Willson, went back to his desk and advised his supervisor of the situation and logged it in the log book.

8.) Plaintiff was physicaly and sexually assaulted through out the night and no officer or Supervisor came.

9.) Plaintiff was finally able to get treatment for his injuries after his mother called the administration at CFCF. Plaintiff was sent to a outside Hospital for x-Rays, ultra sounds and treatment for multiple injuries.

10.) Defendant Lt. Jane Doe was notified by officer willson of the situation with Plaintiff and neglegently failed to Respond.

11.) Defendant Sgt. John Doe was notified by officer Willson of the situation with Plaintiff an neglegently failed to Respond.

"Exhaustion of Administrative Remedies"

12.) The Plaintiff has exhausted his administrative Remedies with Respect to all claims and all defendants.

Claims For Relief

13.) The actions of Defendants Willson, John Doe and Jane Doe in failing to take action and showing indifference in the excessive Risk to plaintiffs health

and Safety violated Plaintiffs Eight Amendment Rights

"Relief Requested"

Wherefore, Plaintiff Request that the court grant the following Relief:

A: Issue a declaratory judgement stating that:

1. Defendants Jane Doe and John Doe inaction and indifference to Plaintiffs health and safety violated Plaintiffs Rights under the Eighth Amendment.

B: Award compensatory damages in the following amounts:

1. $100,000 jointly and severally against Defendant Willson for depivation of liberty, and failure to act Reasonably and Respond to the excessive Risk to inmate health and Safety in denial of "Protection from inmate assault".

2. $100,000 jointly and serverally against Jane Doe for deprivation of liberty, and failure to act Reasonably and Respond to the excessive Risk to

inmate health and safety in denial of "Protection From inmate assault."

3. $100,000 jointly and severally against Defendant John Doe for deprivation of liberty, and failure to act reasonably and respond to excessive risk to inmate health and safety in denial of "Protection From inmate Assault".

C: Award punitive damages in the following amounts.

1. $50,000 each against defendants willon and unknown supervisors.

D: Grant such other relief as it may appear that Plaintiff is entitled.

Date: May 16 2022

Respectfully Submitted,
Joseph Simmons
Joseph Simmons Plaintiff.

Joseph Simmons QK6913
SCI Rockview
Box A
1 Rockview Place
Bellefonte PA 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS

Eastern District of Pennsylvania
Office of Clerk, U.S. District Court
504 West Hamilton Street
Allentown PA 18101

U.S.M.S.
X-RAY

JOHNSTOWN PA 159
PM 05 2022

US POSTAGE
ZIP 16823
02 4W
0000376203 MAY 27 2022
$000.53

18101315500