IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH SIMMONS** | : | |
| | : | |
| | : | |
| Plaintiff, | : | Case No.: 2:22-cv-01644-JMG |
| v. | : | |
| | : | |
| | : | |
| **OFFICER WILSON** | : | **JURY TRIAL DEMANDED** |
| | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE

TO THE CLERK:

    PLEASE enter the appearance of John J. Coyle, Esquire of McEldrew Purtell, on behalf of Plaintiff, Joseph Simmons in the above captioned matter.

                                                  Respectfully submitted,

                                                  **McELDREW PURTELL**

                      By:    <u>/s/ John J. Coyle</u>
                               John J. Coyle, Esq.
                               Attorney I.D. No.: 312084
                               **MCELDREW PURTELL**
                               123 S. Broad Street, Suite 2250
                               Philadelphia, PA 19109
                               (215) 545-8800
                               (215) 545-8805 (fax)

Date: October 03, 2022

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd of October, 2022, the foregoing *Notice of Appearance* was electronically filed with the Clerk of Court using the CM/EFC system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure.

                                                     **McELDREW PURTELL**

By:    /s/ John J. Coyle
           John J. Coyle, Esq.
           Attorney I.D. No.: 312084
           **MCELDREW PURTELL**
           123 S. Broad Street, Suite 2250
           Philadelphia, PA 19109
           (215) 545-8800
           (215) 545-8805 (fax)

Date:   October 03, 2022