IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH SIMMONS** | : | |
| | : | |
| | : | |
| Plaintiff, | : | Case No.: 2:22-cv-01644-JMG |
| v. | : | |
| | : | |
| | : | |
| **OFFICER WILSON** | : | **JURY TRIAL DEMANDED** |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK:

    PLEASE enter the appearance of Colin Haviland, Esquire of McEldrew Purtell, on behalf of Plaintiff, Joseph Simmons in the above captioned matter.

                                                        Respectfully submitted,

                                                        **McELDREW PURTELL**

By:    <u>/s/ Colin Haviland</u>
          Colin Haviland, Esq.
          Attorney I.D. No.: 308969
          **MCELDREW PURTELL**
          123 S. Broad Street, Suite 2250
          Philadelphia, PA 19109
          (215) 545-8800
          (215) 545-8805 (fax)

Date: October 07, 2022

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 7th of October, 2022, the foregoing *Notice of Appearance* was electronically filed with the Clerk of Court using the CM/EFC system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure.

                 **McELDREW PURTELL**

         By:  /s/ Colin Haviland
             Colin Haviland, Esq.
             Attorney I.D. No.: 308969
             **MCELDREW PURTELL**
             123 S. Broad Street, Suite 2250
             Philadelphia, PA 19109
             (215) 545-8800
             (215) 545-8805 (fax)

Date: October 07, 2022