IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH SIMMONS | : | |
| | : | No. 2:22-cv-01644-JMG |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| OFFICER WILSON | : | ELECTRONICALLY FILED |
| | : | |
| Defendant | : | |
| | : | JURY TRIAL DEMANDED |
| | : | |
| | : | |

## NOTICE OF APPEARANCE

TO THE CLERK:

PLEASE enter the appearance of Nia Holston, Esquire, on behalf of Plaintiff, Joseph Simmons in the above captioned matter.

                                            Respectfully submitted,

                                            /s/ Nia O. Holston
                                            Nia O. Holston (PA 327384)
                                            **ABOLITIONIST LAW CENTER**
                                            PO Box 8654
                                            Pittsburgh, PA 15221
                                            nia@alcenter.org
                                            t: (267) 357-0948

DATE: October 22, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SIMMONS : | |
| : | No. 2:22-cv-01644-JMG |
| Plaintiff, : | |
| : | |
| v. : | |
| OFFICER WILSON : | ELECTRONICALLY FILED |
| : | |
| Defendant : | |
| : | JURY TRIAL DEMANDED |
| : | |
| : | |

## CERTIFICATE OF SERVICE

    I, Nia O. Holston hereby certify that a true and correct copy of the Notice of Appearance for was served upon counsel for Defendant via ECF.

                                         /s/ Nia O. Holston
                                         Nia O. Holston
                                         **ABOLITIONIST LAW CENTER**
                                         PO Box 8654
                                         Pittsburgh, PA 15221
                                         t: (267) 357-0948
                                         nia@alcenter.org

DATE:       October 22, 2022