IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SIMMONS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER WILSON,<br>　　　　Defendants. | :<br>:<br>:<br>:  Civil No. 2:22-cv-01644-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 27th day of December, 2022, upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 23), **IT IS HEREBY ORDERED** Plaintiff's Motion (ECF No. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED TO DOCKET** Exhibit A to Plaintiff's Motion (ECF No. 23-1) as "Plaintiff's Second Amended Complaint."

**IT IS FURTHER ORDERED** that Plaintiff's "Amended Complaint" (ECF No. 15) **IS STRICKEN**.[1]

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

---

[1] Plaintiff improperly filed a Second Amended Complaint on November 11, 2022 (ECF No. 15) without obtaining the opposing party's written consent or seeking leave of court. *See* Fed. R. Civ. P. 15(a)(2). Plaintiff, through the instant Motion (ECF No. 23), now properly seeks leave to file the Second Amended Complaint attached as Exhibit A (ECF No. 23-1) to Plaintiff's Motion (ECF No. 23).

　　Plaintiff's Brief characterizes Exhibit A to the Instant Motion (ECF No. 23) as "Plaintiff's Second Amended Complaint" and does not reference the November 11, 2022 filing in Plaintiff's Brief.