**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSEPH SIMMONS,** | : |
| | : |
| | : Case No. 2:22-cv-01644-JMG |
| Plaintiff, | : |
| | : |
| v. | : |
| | : **ELECTRONICALLY FILED** |
| **CITY OF PHILADELPHIA, et al.** | : |
| | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

Counsel, Bret Grote, Esquire, hereby enters his appearance on behalf of Plaintiff in the above-captioned case.

/s/ Bret Grote
PA I.D. No. 317273
Abolitionist Law Center
P.O. Box 8654
Pittsburgh, PA 15221
Telephone: (412) 654-9070
bretgrote@abolitionistlawcenter.org