| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | FW: Joseph Simmons v. The City of Philadelphia, et al.; 2:22-cv-01644-JMG |
| **Date:** | Tuesday, January 17, 2023 10:39:20 AM |

**From:** City Closure Complaints
**Sent:** Thursday, December 29, 2022 9:00 AM
**To:** Jessica Gooding
**Subject:** RE: Joseph Simmons v. The City of Philadelphia, et al.; 2:22-cv-01644-JMG

I accept service of the Amended Complaint with Notice to Defend and Plaintiff's Verification in the above matter (2:22-cv-01644) on behalf of the City of Philadelphia **only** and certify that, I am authorized to do so.

# *Milagros Colon (Millie)*

City of Philadelphia
Law Dept./Tort Litigation Unit
Data Services Support Clerk

1515 Arch St, 14th Fl
Phila., Pa  19102
215-683-5371