# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH SIMMONS,** : | |
| : | |
| **Plaintiffs,** : | |
| : | **Civil Action** |
| v. : | **No. 22-1644** |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Kathryn Faris as counsel for Defendants, City of Philadelphia, Warden Michele Farrell, Warden Nancy Gianetta, and Commissioner Blanche Carney in the above-entitled matter.

Respectfully submitted:

Date:  January 19, 2023  /s/ *Kathryn Faris*
KATHRYN FARIS
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5445
(215) 683-5397 fax)
*Kathryn.faris@phila.gov*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH SIMMONS,** : : : **Plaintiffs,** : : v. : **CITY OF PHILADELPHIA, et al.,** : : **Defendants.** : | **Civil Action No. 22-1644** |

### CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Entry of Appearance was served upon all counsel in this matter via the Court's electronic filing system on the date and year written below.

Respectfully submitted:

Date:  January 19, 2023

/s/ *Kathryn Faris*
KATHRYN FARIS
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5445
(215) 683-5397 fax
*Kathryn.faris@phila.gov*