IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH SIMMONS,** | : |
| | : |
| **Plaintiff,** | : |
| | :    Civil Action |
| v. | :    No. 22-1644 |
| | : |
| **CITY OF PHILADELPHIA, et al.,** | : |
| | : |
| **Defendants.** | : |

## STIPULATION TO EXTEND DEFENDANTS' RESPONSIVE DEADLINE BY FOURTEEN (14) DAYS

IT IS HEREBY stipulated and agreed that all parties to this lawsuit respectfully request that the Defendants' deadline to respond to Plaintiff's Second Amended Complaint (ECF 25) be extended by Fourteen (14) days from the date of this stipulation due to an administrative delay that resulted in the delayed assignment of counsel for the Defendants. Defendants' response or motion to dismiss to the Amended Complaint shall be filed no later than February 6, 2023.

/s/ Colin Stewart Haviland          /s/ Kathryn Faris
Colin Stewart Haviland              Kathryn Faris
Attorney for Plaintiff              Attorney for Defendants

January 23, 2023

SO ORDERED:

Date: 01/26/2023

/s/ John M. Gallagher

JOHN M. GALLAGHER
United States District Court Judge