**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS REMICK, et al., on behalf of** | : | |
| **themselves and all others similarly situated,** | : | **No. 2:20-cv-01959-BMS** |
| | : | |
| **Plaintiffs-Petitioners,** | : | |
| | : | |
| **v.** | : | |
| **CITY OF PHILADELPHIA; and BLANCHE** | : | |
| **CARNEY, in her official capacity as** | : | |
| **Commissioner of Prisons,** | : | |
| | : | |
| **Defendants-Respondents.** | : | |

## PLAINTIFFS' EXHIBIT LIST

Pursuant to the Court's Order of March 1, 2022 (ECF No. 149), Plaintiff provides the

following list of Exhibits, in preparation for the preliminary injunction hearing, scheduled to start

on March 29, 2022:

| EXHIBIT | BATESTAMP |
|---|---|
| Tom Innes Declaration | REMICK0000185-191 |
| Excel Spreadsheets documenting failed remote legal visits | REMICK0000047, 0000048 |
| Undelivered legal mail for DB, CJ, BD; Innes Decl. ¶ 17a-c | REMICK0000201-0000206 |
| Undelivered legal mail for DK, Innes Decl. ¶ 17d | REMICK0000207-0000208 |
| Undelivered legal mail for AW, Innes Decl. ¶ 16a | REMICK0000212-0000213 |
| Undelivered legal mail for TO, Innes Decl. ¶ 16b | REMICK0000214-0000215 |
| Undelivered legal mail for MC, Innes Decl. ¶ 16c | REMICK0000216-0000217 |
| Undelivered legal mail for DT, Innes Decl. ¶ 16d | REMICK0000218-0000219 |
| Undelivered legal mail for RP, Innes Decl. ¶ 16e | REMICK0000220-0000221 |
| Undelivered legal mail for GW, Innes Decl. ¶ 16f | REMICK0000222-0000223 |

| | |
|---|---|
| Undelivered legal mail for JW, Innes Decl. ¶ 18a | REMICK0000229-0000232 |
| Undelivered legal mail for SB, Innes Decl. ¶ 18b | REMICK000237-000240 |
| Undelivered legal mail for JS, Innes Decl. ¶ 19 | REMICK0000241-0000244 |
| Marni Jo Snyder Declaration | REMICK0000104-0000151 |
| Natasha Felder Declaration | REMICK0000152-0000155 |
| Leroy Yoder Declaration | REMICK0000101-0000103 |
| Noah Kolbi-Molinas Declaration | REMICK0000156-0000158 |
| Stefanie Sherr Declaration | REMICK0000180-0000182 |
| Theophe Love Declaration | REMICK0000183-0000184 |
| PDP Policy and Procedures, 3.F.8. (Inmate Legal Mail) | CITY_001870-001875 |
| CFCF Legal Mail Unit Log Sheets for 12/1/2021 to 12/8/2021, as provided by Defendants | CITY_000680-007715 |
| Excerpts from Corizon Grievance log | CITY_000018, CITY_000051, CITY_000062, CITY_000066 |
| Backlogged appointments chart: CFCF | CITY_002070 |
| Nov. 2021-Jan 2022 Medical Reports by Facility (PICC and RCF) | CITY_002776-002780<br>CITY_002805-002809<br>CITY_002835-002839<br>CITY_002864-002868<br>CITY_002894-002898<br>CITY_002921-002925<br>CITY_002950-002959<br>CITY_002978-002979<br>CITY_002991-002992<br>CITY_003008-003009<br>CITY_003024-003025<br>CITY_003045-003046<br>CITY_003062-003063<br>CITY_003080-003081<br>CITY_003098-003099<br>CITY_003116-003117 |

| Corizon/PDP Data Nov-Dec 2021 | CITY_003983-004026 |
| Behavioral Health Timeliness Chart | CITY_004027 |
| Intake Timeliness Chart | CITY_004028 |
| Backlogged Appts Chart: CFCF | CITY_004029 |
| Backlog Offsite Clinic Trips Chart | CITY_004030 |
| Sick Call Timeliness | CITY_004031 |
| Segregation Placement Records | CITY_004443-004444, CITY_005576 |
| PDP Self-Harm or Suicide Chart | CITY_004032 |
| Deputy Commissioner Meeting Notes | CITY_009783-009784, CITY_009797-009798 |
| Excerpted medical records of class members | REMICK0000265-0000281 |
| DHO Hearing Recommendations Resulting in Punitive Segregation January 01, 2021 to Present | CITY_001900-CITY_002001 |
| Letter from Sholonda Gregory to Mayor Kenney (dated October 5, 2021) | |
| Heather Malloy Declaration, with ¶14 attachment: resignation memo | REMICK0000253-0000259 |
| Malloy Decl. ¶ 7 attachment: Partial RCF log | REMICK0000252 |
| Dawn Johnson Declaration | REMICK0000247-0000249 |
| Johnson Decl. ¶ 7 attachments: Dawn Johnson disciplinary report, memo and email regarding broken console | REMICK0000245-0000246 REMICK0000250 REMICK0000260 |
| Johnson Decl. ¶ 6 attachments: Dawn Johnson disciplinary report regarding reports of unfit conditions at Mod 3 | REMICK0000261-0000264 |

| | |
|---|---|
| Declaration of Deputy Commissioner Xavier Beaufort (dated Feb. 11, 2022) | ECF No. 138-2 |
| Declaration of Bruce Herdman (dated Feb. 11, 2022) | ECF No. 138-1 |
| Photos from Jail Tour of March 9, 2022 | REMICK0001364-0002202 |
| Official Statement of City of Philadelphia Controller Rhynhart, "Controller Rhynhart Calls for Staffing Increase at Philadelphia Prisons Department to Improve Safety for Correctional Officers and Inmates" (June 29, 2021) | https://controller.phila.gov/wp-content/uploads/2021/06/6-29-Controller-Rhynhart-Calls-for-Staffing-Increase-to-Improve-Safety-for-Correctional-Officers-and-Inmates.pdf |
| Official Statement of City of Philadelphia Controller, "City Controller Rhynhart Releases Statement on Deaths at Philadelphia Prison Facilities" (July 30, 2021) | https://controller.phila.gov/wp-content/uploads/2021/07/7-30-City-Controller-Rhynhart-Releases-Statement-on-Deaths-at-Philadelphia-Prison-Facilities.pdf |
| Letter from Claire Shubik-Richards to Commissioner Carney (dated May 26, 2021) | REMICK00015550-0001557 |
| Letter from Commissioner Carney to Claire Shubik-Richards (dated May 26, 2021) | REMICK0001560-0001561 |
| Memo from Claire Shubik-Richards to Commissioner Carney (dated July 13, 2021) | REMICK0001562-0001572 |
| Letter from Commissioner Carney to Claire Shubik-Richards (dated July 21, 2021) | REMICK0001573-0001576 |
| Letter from Claire Shubik-Richards to Commissioner Carney (dated August 19, 2021) | REMICK0001577-0001578 |
| Memo from Claire Shubik-Richards to Commissioner Carney (dated September 9, 2021) | REMICK0001579-0001589 |
| Letter from Claire Shubik-Richards to Commissioner Carney (dated November 8, 2021) | REMICK0001590-0001592 |
| Memo from Claire Shubik-Richards to Commissioner Carney (dated March 1, 2022) | REMICK0001594-0001603 |
| Expert report of Brad Hansen (dated March 21, 2022) | |

| | |
|---|---|
| Sept. 30, 2021 video | https://www.inquirer.com/news/philadelphia-jails-staffing-shortage-assault-20211104.html |
| Aug. 13, 2021 video | https://www.inquirer.com/news/philadelphia-jails-staffing-shortage-assault-20211104.html |
| PDP Policy 3.D.3: Unit Management | CITY_002109–002117 |
| PDP Policy 3.A.8: Use of Force and Restraints | |
| Emergency Staffing Reports, Nov. & Dec. 2021 | CITY_002225–002717 |
| Workforce TeleStaff Roster Report, 12/14/21, 12/8/21 | CITY_005630-005638 |
| Use of force documents, 8/4/21 CFCF | CITY_004065-004066 |
| Use of force documents, 8/4/21 CFCF | CITY_004086-004088, CITY_004096-004097, CITY_004100 |
| Use of force documents, 8/9/21 CFCF | CITY_004154, CITY_004156 |
| Use of force documents, 8/12/21 CFCF | CITY_004177 |
| Use of force documents, 9/14/21 CFCF | CITY_004301, CITY_004303, CITY_004315 |
| Use of force documents, 9/21/21 CFCF | CITY_004455 |
| Use of force documents, 9/25/21 CFCF | CITY_004382-004390 |
| Use of force documents, 9/27/21 CFCF | CITY_004455-004459 |
| Use of force documents, 10/1/21 CFCF | CITY_004536 |
| Use of force documents, 10/11/21 CFCF | CITY_004593, CITY_004596 |

| | |
|---|---|
| Use of force documents, 10/16/21 CFCF | CITY_004655 |
| Use of force documents, 11/11/21 CFCF | CITY_004822,<br>CITY_004826-004827,<br>CITY_004837 |
| Use of force documents, 11/11/21 CFCF | CITY_004847, CITY_004860 |
| Use of force documents, 12/1/21 CFCF | CITY_005156, CITY_005159 |
| Use of force documents, 12/5/21 CFCF | CITY_005526, CITY_005542-005543 |
| Use of force documents, 12/8/21 CFCF | CITY_005566, CITY_005571,<br>CITY_005572, CITY_005576 |
| Use of force documents, 12/14/21 CFCF | CITY_005639 |
| Use of force documents, 12/16/21 CFCF | CITY_005718-5719, CITY_005737 |
| Use of force documents, 12/20/21 CFCF | CITY_005840, CITY_005868 |
| Use of force documents, 12/21/21 CFCF | CITY_005876 |
| Use of force documents, 1/2/22 CFCF | CITY_005929 |
| Use of force documents, 1/7/22 CFCF | CITY_005962 |
| Use of force documents, 1/24/22 CFCF | CITY_006192, CITY_006201 |
| Use of force documents, 8/2/21 RCF | CITY_006246 |
| Use of force documents, 8/7/21 RCF | CITY_006310 |
| Use of force documents, 8/9/21 RCF | CITY_006351 |
| Use of force documents, 8/12/21 RCF | CITY_006422 |

| Use of force documents, 8/23/21 RCF | CITY_006456-6457, CITY_006465 |
|---|---|
| Use of force documents, 8/25/21 RCF | CITY_006530 |
| Use of force documents, 8/27/21 RCF | CITY_006582 |
| Use of force documents, 8/31/21 RCF | CITY_006698, CITY_006718 |
| Use of force documents, 9/11/21 DC | CITY_006802 |
| Use of force documents, 10/23/21 RCF | CITY_007400-007401 |
| Use of force documents, 1/11/22 RCF | CITY_007584, CITY_007594 |
| Use of force documents, 1/12/22 DC | CITY_007598 |
| Breyon Hare Declaration | ECF No. 85-3 |
| Mark Henderson Declaration | ECF No. 85-3 |
| Kenyatta White, Jr. Declaration | ECF No. 88-1 |
| Edward Hosley Declaration | ECF No. 88-1 |
| John Hart Declaration | ECF No. 88-1 |
| Qaasim Berry Declaration | ECF No. 111-1 |
| Calar Braxton Declaration | ECF No. 111-1 |
| Cedrik Brookins Declaration | ECF No. 111-1 |
| Norman Copper Declaration | ECF No. 111-1 |
| Zyen Corker Declaration | ECF No. 111-1 |

| Carlos Duprey Declaration | ECF No. 111-1 |
| Michael Flynn Declaration | ECF No. 111-1 |
| Donovin Forth Declaration | ECF No. 111-1 |
| Levi Gupton Declaration | ECF No. 111-1 |
| Dwayne Henry Declaration | ECF No. 111-1 |
| Antoine Randolph Declaration | ECF No. 111-1 |
| Caez Robinson Declaration | ECF No. 111-1 |
| Joseph Rue Declaration | ECF No. 111-1 |
| Quatez Scott Declaration | ECF No. 111-1 |
| James Tolbert Declaration | ECF No. 111-1 |
| Tyri Washington Declaration | ECF No. 111-1 |
| Russell Watson Declaration | ECF No. 111-1 |
| Sherdina Williams Declaration | ECF No. 111-1 |
| Ronnie Boone Declaration | ECF No. 113-2 |
| Donald Brown Declaration | ECF No. 113-2 |
| Deonte Davis Declaration | ECF No. 113-2 |
| Francisco Fernandez Declaration | ECF No. 113-2 |
| Marcus Garcia Declaration | ECF No. 113-2 |

| | |
|---|---|
| Troy Harley Declaration | ECF No. 113-2 |
| Tyri Jackson-Wallace Declaration | ECF No. 113-2 |
| Christian Maldonado Declaration | ECF No. 113-2 |
| Nathan Milhouse Declaration | ECF No. 113-2 |
| Michael Ortiz Declaration | ECF No. 113-2 |
| Lewis Page Declaration | ECF No. 113-2 |
| John Ridriguez Declaration | ECF No. 113-2 |
| Blair Rucker Declaration | ECF No. 113-2 |
| Jennifer Sherwood Declaration | ECF No. 113-2 |
| Tyeem Sturgis Declaration | ECF No. 113-2 |
| Jurrell White Declaration | ECF No. 113-2 |
| Jamie Wright Declaration | ECF No. 113-2 |
| OOCT Charts (CFCF, PICC, RCF) | |
| CFCF Quarantine Chart<br>PICC Quarantine Chart<br>RCF Quarantine Chart | |
| Overall PDP Staffing Chart | |
| Percent Staff Not Reporting Chart | |
| Deputy Warden reports (previously submitted to the Court) | |
| Reports, evaluations, and audits | |

| Class members' medical records | |
|---|---|

Plaintiffs reserve the right to supplement or amend this exhibit list.  Plaintiffs further reserve the right to use as an exhibit any document listed as an exhibit by Defendants or produced in discovery or submitted to the Court in this case.  Plaintiffs further reserve the right to use any document on cross-examination or for impeachment purposes.


Respectfully submitted,

/s/ Su Ming Yeh
Su Ming Yeh (PA 95111)
/s/ Matthew A. Feldman
Matthew A. Feldman (PA 326273)
/s/ Sarah Bleiberg
Sarah Bleiberg (PA 327951)
PENNSYLVANIA INSTITUTIONAL
LAW PROJECT
718 Arch St., Suite 304S
Philadelphia, PA 19106
(215)-925-2966
smyeh@pailp.org
mfeldman@pailp.org
gharris@pailp.org
sbleiberg@pailp.org

/s Nia Holston
Nia Holston (PA 327384)
/s Rupalee Rashatwar
Rupalee Rashatwar (FL 1011088)
/s Bret Grote
Bret Grote (PA 317273)
ABOLITIONIST LAW CENTER
PO Box 31857
Philadelphia, PA 19104
(412) 654-9070
bretgrote@abolitionistlawcenter.org
nia@alcenter.org
rupalee@alcenter.org

/s/ David Rudovsky
David Rudovsky (PA 15168)
/s/ Susan M. Lin
Susan Lin (PA 94184)
/s/ Grace Harris
Grace Harris (PA 328968)
/s/ Jonathan H. Feinberg
Jonathan H. Feinberg (PA 88227)
KAIRYS, RUDOVSKY, MESSING,
FEINBERG, & LIN, LLP
718 Arch Street, Suite 501S
Philadelphia, PA 19106
(215) 925-4400
drudovsky@krlawphila.com
jfeinberg@krlawphila.com
slin@krlawphila.com

/s/ Benjamin R. Barnett
Benjamin R. Barnett (PA 90752)
/s/ Will W. Sachse
Will W. Sachse (PA 84097)
/s/ Mary H. Kim
Mary H. Kim*
/s/ Nicolas A. Novy
Nicolas A. Novy (PA 319499)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-2496

10

Will.Sachse@dechert.com
Ben.Barnett@dechert.com
Mary.Kim@dechert.com
Nicolas.Novy@dechert.com

*Attorneys for Petitioners/Plaintiffs*

DATE:  March 21, 2022

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS REMICK, et al.,** *on behalf of* | : | |
| *themselves and all others similarly situated,* | : | No. 2:20-cv-01959-BMS |
| | : | |
| **Plaintiffs-Petitioners,** | : | |
| | : | **Judge Berle M. Schiller** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA; and BLANCHE** | : | |
| **CARNEY, in her official capacity as** | : | |
| **Commissioner of Prisons,** | : | |
| | : | |
| **Defendants-Respondents.** | | |

## <u>CERTIFICATE OF SERVICE</u>

I, Su Ming Yeh, hereby certify that a true and correct copy of Plaintiffs' Exhibit List was served upon the following via email and ECF on March 21, 2022.

> Craig M. Straw
> Anne B. Taylor
> Danielle Rosenthal
> City of Philadelphia Department of Law
> 1515 Arch Street, 14th Floor
> Philadelphia, PA 19102-1595

> Respectfully submitted,

> /s/ Su Ming Yeh
> Su Ming Yeh
> I.D. No. 95111
> Pennsylvania Institutional Law Project
> 718 Arch Street, Suite 304S
> Philadelphia, PA 19106
> (215) 925-2966
DATE:  March 21, 2022          smyeh@pailp.org