October 5, 2021

Philadelphia Mayor's Office
1401 John F Kennedy Blvd
Philadelphia, Pa 19107

Dear Mayor Kennedy

My name is Sholonda Gregory, I'm a mother, sister, daughter, ex-wife, and a Lieutenant in the Philadelphia Department of Prisons. I cannot be reticent any longer and see inmates housed under these conditions The system has become so desensitized that Power and Prestige are more important than the Human rights of inmates. This Narcissistic Leadership has ignored a cry out for help from Inmates and Correctional Staff. It is heart breaking having worked for the Prisons for 23 years and see what it has succumb to.
Inmate's Human Rights, Civil Liberties, 8th Amendment Rights, Civil Rights and Rights for due process have all been Violated. It is a moral responsibility for me to bring conditions to an outside Administration who can make changes or reform the Prison System.

The current Administration need to be held accountable for creating a hostile work environment, failing to provide a safe, secured and humane environment. Failing to acknowledge Correctional Staff resigning at alarming rate in the last 18 months, Making Staff fabricate Time-Out of-Cell Reports for the courts, Untruthfulness of Staff Rosters, (padding) leaving Officers on the Prison complement to show they out Family medical Leave, Injured on Duty, or leaving them in the pool to show call outs, willfully knowing they have left the system.
Failing to provide adequate Personal Protective Equipment during pre-pandemic and post pandemic to Inmates and Correctional staff until a Class Action lawsuit was filed April 20th, 2020, by several inmates and they still failed to provide appropriate PPE for staff. Failing to approve Correctional Staff hazardous pay during the pandemic and we are considered essential employees.

I'm currently assigned to The Philadelphia Industrial Correctional Center, I, was the Lieutenant on duty when a Major Disturbance happen on July 4th, 2021, on Delta Unit. Hazmat Suits, Shields and Batons had to be deployed to gain compliance of the unit. Inmates had flooded the unit, feces all over the unit due to flooding of sinks and toilets, several inmates broke out cell windows, Officers had to literally put their safety on the line to gain compliance.
I was assigned to the Max-side of the Jail on August 20th, 2021, when the Riot occurred on H2, G2, and F1. Inmates breached their cell doors causing damage to the facility breaking video surveillance cameras, electronic unit consoles, they broke plumbing pipes, water fountains dispersing fire extinguishers and barricading themselves inside the unit.

As of September $28^{th,}$ 2021, The Philadelphia Department of Prisons is currently housing **4,464** Inmates **542** inmates are in Solitary Confinement throughout the system.
Philadelphia Industrial Correctional Center has **364** Inmates in Solitary Confinement which is relativity high for a small jail. The census as of the above date was **961**.

Out of **364** **155** Inmates are in solitary confinement due to The Riot at The Philadelphia Industrial Center, on August 20th, 2021. **209** inmates are in Solitary Confinement at PICC prior to the riot.

Major Disturbance on July 4th, 2021, and The Riot, was caused by inmates Human Right being violated as a result they began Flooding, breaking cell windows, fighting, refusing to go back in cell, hunger strikes, creating Major Disturbances, banging on cell doors, popping out of cells due to inoperable locks not being replaced or repaired. Other examples are:

1. Disciplinary and Administration Segregation Hearings are not being held by Deputy Wardens or signed off by the Warden, sanctions given by the disciplinary hearing Captain are ignored therefore, Inmates are in Solitary Confinements for extremely long lengths of times some with minor infractions.
2. Restrictive Housing unit or solitary confinement units at PICC are held on Quarantine for long lengths of time (more than 45 days) even though they don't come out of cells to be exposed to Covid-19
3. They are not given an hour of recreation time therefore they are locked in 24 hours a day.
4. They are not able to utilize tablets, have writing paper, they are not allowed commissary, no access to hot water for food, inmates aren't able shower.
5. No communication with family members, they are not seen by Social Workers, Chaplains or Mental Health to talk about their mental state for being in solitary confinement for long lengths of time. only time they see mental health social workers, briefly, is to be held longer in Confinement.
6. The inmates who are housed in General Population Units are not given three hours of Recreation if they do come out, they must choose between shower, phone calls or recreation.
7. They have no access to law library, they are not given their legal mail, no opportunity to get jobs within the prison.

There have been approximately four homicides that have occurred inside the facilities and one outside The Curran Fromhold Correctional Facility. This Administration must think Correctional Staff is exempt from being murdered inside these facilities.

The mendacity, hypocrisy and poor Leadership at the highest level has failed to maintain the Safety and Security of our Prison System not Staff Shortage or Lack of reporting staff. Staff Shortage has been blamed for everything.

Where is the "Money"? Commissioner Blanche Carney has changed Philadelphia Prison System into the **Department** of Prisons to get funding from the State and Government for Programs for inmates which never manifested. Jails were closed to save the City of Philadelphia money, but it damaged the foundation of the Prisons, which is the Inmates, Correctional Officers, Sergeants, and Lieutenants. Thousands was spent on a parking lot that was built on a creek that we cannot park on because it's not safe to park. Deputy Commissioner, Terrence Clark, of Operations and Deputy Commissioner, Xavier Beaufort, of Administration who both came up the ranks ignored the severity of the closing of jails, is beyond belief.

Millions of dollars were given to Corizon Health, GD Correctional Food Services, U.S Facilities for CFCF and RCF, and Centruion Detention Health Services. But they refused to Invest in the

foundation of the Prison system by repairing the locks on cell doors though out the system for safety of Correctional Staff, Outside Support Staff as well as the inmates.

Attached, are two pictures from Home Depot, the first picture is of a lock, like the locks on cell doors. The other picture is of a latch or dead bolt that is being installed on cell doors (instead of repairing the locks) to keep the inmates from popping out of their cells.

First, it is a Fire Hazard, installing latches on cell doors. In case of a State of Emergency, fire, Major Disturbance, Power Outage they would have to be open or closed individually. When the electronic counsel is working properly there are two buttons that are pressed simultaneously which will open all cell doors for either the inmates to step out of their cells or to step in their cells by installing latches Correctional Staff, we will not be able to use the Release buttons. We are not trained for this new installed equipment besides, it's Inhumane treatment of Inmates In hence, inmates popping out of cell is an issue in Curran Fromhold Correctional Facility, Philadelphia Industrial Center, Detention Center, and Riverside Correctional Facility.

In conclusion,

Deputy Commissioner Clark put out a 5-minute video he made to be shown at roll call for five days. He showed in the Video how Correctional Officers are responsible for the cell door locks being inoperable and how they allowed the inmate to obstruct the locking mechanism. However, the locks are still inoperable.
PICC is not death row. We would have less disturbances and assault on staff if we can fix the inmate population as a whole and gain back control of the Prisons but the current Administration will not listen to Rank and File. For the system to turn around it must start at the bottom, building anything was never meant to start from the top and work its way down. I hope a change can be made for the inmates housed in Solitary Confinement as well as Correctional Staff that comes after me.

I am requesting that I be protected under the Whistleblower Executive Order 9-17

Thank You in Advance
*Sholonda Gry*
Lieutenant, Sholonda Gregory Pay Roll # 234475

Cc: Honorable Judge Berle Schiller, United States District judge of U.S District Court for Eastern District of Pennsylvania
City Council Cindy Bass
City Council Kenyatta Johnson
City Council President Darrell L Clarke
American Civil Liberties Union, Anthony D Romero
District Attorney, Larry Krasner
Office of Inspector General, Alexander F DeSantis
Pennsylvania Institutional Law Project, Director, Su Ming Yeh
File



Sent from Yahoo Mail for iPhone




Mail body: Prison locks

