# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SIMMONS, <br>     Plaintiff, <br>     v. <br> OFFICER WILSON, <br>     Defendant. | Civil No. 2:22-cv-01644-JMG |

## ORDER

**AND NOW**, this 2nd day of June, 2023, upon consideration of Defendants' Motion for Leave to File a Reply in Support of Defendants' Motion to Dismiss (ECF No. 46), **IT IS HEREBY ORDERED** the Defendants' Motion (ECF No. 46) is **GRANTED**. The Clerk of Court is **DIRECTED TO DOCKET** Exhibit A to ECF No. 46 as "Defendants' Reply Brief in Support of Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint."

**IT IS FURTHER ORDERED**, upon consideration of Plaintiff's Motion for Leave to File a Reply in Support of Plaintiff's Motion to Amend the Complaint (ECF No. 51), that Plaintiff's Motion (ECF No. 51) is **GRANTED**. The Clerk of Court is **DIRECTED TO DOCKET** Exhibit A to ECF No. 51 as "Plaintiff's Reply in Support of Plaintiff's Motion to Amend the Complaint."

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge