# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SIMMONS,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>THE CITY OF PHILADELPHIA, *et al.*,<br>　　　　　　Defendants. | :<br>:<br>:<br>:　Civil No. 2:22-cv-01644-JMG<br>:<br>:<br>: |

**SECOND AMENDED NOTICE OF INITIAL PRETRIAL CONFERENCE**

**TAKE NOTICE,** that the **Rule 16 Conference,** in the above case has been rescheduled as follows**:**

1. The Rule 16 Conference in the above-captioned matter in Chambers before Judge John M. Gallagher on Tuesday, April 16, 2024 at 11:00 AM, (ECF No. 60) is **Cancelled**.

2. Lead counsel shall appear for a Rule 16 conference in the above-captioned matter on **Tuesday, April 30, 2024 at 10:00 AM,** at the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania.

　　　　　　　　　　　　　　　　　　　　　For the Court,

　　　　　　　　　　　　　　　　　　　　　*/s/ Brian R. Dixon*
　　　　　　　　　　　　　　　　　　　　　Brian R. Dixon
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk for Judge John M. Gallagher

Date of Notice: April 12, 2024