IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SIMMONS, : | |
|         Plaintiff, : | |
| : | |
|     v. : | Civil No. 2:22-cv-01644-JMG |
| : | |
| THE CITY OF PHILADELPHIA, *et al.*, : | |
|         Defendants. : | |

**THIRD AMENDED NOTICE OF INITIAL PRETRIAL CONFERENCE**

**TAKE NOTICE,** that the **Rule 16 Conference,** in the above case has been rescheduled as follows**:**

1. The Rule 16 Conference in the above-captioned matter in Chambers before Judge John M. Gallagher on Tuesday, April 30, 2024 at 10:00 AM, (ECF No. 62) is **Cancelled**.

2. Lead counsel shall appear for a Rule 16 conference in the above-captioned matter on **Thursday, May 2, 2024 at 2:00 PM,** at the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania.

                                         For the Court,

                                         */s/ Brian R. Dixon*
                                         Brian R. Dixon
                                         Deputy Clerk for Judge John M. Gallagher

Date of Notice: April 26, 2024