IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SIMMONS,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    Civil No. 2:22-cv-01644-JMG |
| THE CITY OF PHILADELPHIA, *et al.*,<br>    Defendants. | :<br>:<br>: |

### AMENDED NOTICE OF TELEPHONIC STATUS CONFERENCE

**TAKE NOTICE,** that the **Telephone Status Conference,** in the above case has been rescheduled as follows**:**

1. The Status Conference in the above-captioned matter in Chambers before Judge John M. Gallagher on Tuesday, August 13, 2024, at 10:30 a.m. (ECF No. 66 ¶ 2), is **amended**.

2. Lead counsel shall appear **VIA TELEPHONE** for a Status conference in the above-captioned matter on **Thursday, August 22, 2024 at 10:30 AM,** by providing a calling bridge to the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania.[1]

                                                        For the Court,

                                                        */s/ Brian R. Dixon*
                                                        Brian R. Dixon
                                                        Deputy Clerk for Judge John M. Gallagher

Date of Notice: August 9, 2024

---

[1] Plaintiff's counsel must provide the Court and opposing counsel with conference bridge details (such as telephone number and access code) **immediately** upon receipt of this Notice.