IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH SIMMONS,
         Plaintiff,

v.

THE CITY OF PHILADELPHIA, *et al.*,
         Defendants.

Civil No. 2:22-cv-01644-JMG

**NOTICE OF STATUS CONFERENCE**

**TAKE NOTICE,** that a **Telephone Status Conference,** in the above case has been set as follows:

Lead counsel shall appear **VIA TELEPHONE** for a Status Conference in the above-captioned matter on **Tuesday, October 8, 2024 at 1:00 PM**, by providing a calling bridge to the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania. [1]

For the Court,

*/s/ Brian R. Dixon*
Brian R. Dixon
Deputy Clerk for Judge John M. Gallagher

Date of Notice: August 22, 2024

---

[1] Plaintiff's counsel must provide the Court and opposing counsel with conference bridge details (such as telephone number and access code) no later than Monday, September 30, 2024.