IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SIMMONS, :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>CITY OF PHILADELPHIA, et al., :<br>:<br>Defendants. : | Civil Action<br>No. 22-1644 |

# O R D E R

**AND NOW**, this _____ day of _____, 2024, it is hereby **ORDERED** and **DECREED** that Counsel for Defendant shall be permitted to depose Plaintiff Joseph Simmons, #QK6813, an incarcerated person, at a time, date and manner convenient to the parties and the administration at the Pennsylvania Department of Corrections.

BY THE COURT:

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH SIMMONS,** : | |
| : | |
| **Plaintiffs,** : | **Civil Action** |
| : | **No. 22-1644** |
| v. : | |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
| : | |
| **Defendants.** : | |

**DEFENDANTS' MOTION TO DEPOSE**
**AN INCARCERATED INDIVIDUAL**

Defendant the City of Philadelphia, by and through it undersigned counsel, hereby files this Motion to Depose an Incarcerated Individual and states in support thereof:

1. Plaintiff Joseph Simmons has filed a civil action against the Defendant, alleging violations of his federal civil rights.

2. According to the docket, and confirmed by undersigned counsel utilizing the Pennsylvania Department of Correction's Inmate Locator function, Plaintiff is currently incarcerated at SCI Camp Hill under the Pennsylvania Departmnet of Corrections with an inmate number of QK6813.

3. Federal Rule of Civil Procedure 30(a)(2)(B) requires an Order to depose an incarcerated individual.

4. Defendant respectfully requests that this Honorable Court issue the proposed order allowing the deposition of Plaintiff.

**WHEREFORE**, Defendant asks that the Court enter an Order in the form proposed.

                                                    Respectfully submitted,

Date: <u>November 15, 2024</u>    <u>*/s/ Kathryn Faris*</u>
                                                    Kathryn Faris, Esquire
                                                    Senior Attorney
                                                    Pa. Attorney ID No. 318580
                                                    City of Philadelphia Law Department
                                                    1515 Arch Street, 14th Floor
                                                    Philadelphia, PA 19102
                                                    (215) 683-5445
                                                    Kathryn.faris@phila.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SIMMONS, : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action |
| v. : | No. 22-1644 |
| : | |
| CITY OF PHILADELPHIA, et al., : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below Defendant's Motion to Depose an Incarcerated Individual was filed via the Court's electronic filing system and is thus available for downloading by all parties.

Respectfully submitted,

Date: <u>November 15, 2024</u>

<u>/s/ Kathryn Faris</u>
Kathryn Faris, Esquire
Senior Attorney
Pa. Attorney ID No. 318580
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5445
Kathryn.faris@phila.gov