IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH SIMMONS,** <br> Plaintiff, <br><br> v. <br><br> **CITY OF PHILADELPHIA,** *et al.*, <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No. 2:22-cv-01644-JMG |

## ORDER

**AND NOW**, this 19th day of November, 2024, upon consideration of Defendant's Motion to Depose an Incarcerated Individual (ECF No. 73), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 73) is **GRANTED**. Counsel for Defendant City of Philadelphia shall be permitted to depose Plaintiff Joseph Simmons, #QK6813, an incarcerated person, at a time, date, and manner convenient to the parties and the administration of the Pennsylvania Department of Corrections.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge