**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH SIMMONS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action** |
| **v.** | : | **No. 22-1644** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Emily Hoff as counsel for Defendants, City of Philadelphia, Warden Michele Farrell, Commissioner Blanche Carney, Correctional Officer Jessie Wilson, Sergeant Fitzgerald Dick, Sergeant Alfredo Lebesco, Lieutenant Deebu Cherian, and Lieutenant Lovell Crowford in the above-entitled matter.

Respectfully submitted:

Date:  January 10, 2025

/s/ *Emily M. Hoff*
Emily M. Hoff
Assistant City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5362
(215) 683-5397 (fax)
*Emily.hoff@phila.gov*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSEPH SIMMONS, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | **Civil Action** |
| v. | : | **No. 22-1644** |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Entry of Appearance was served upon all counsel in this matter via the Court's electronic filing system on the date and year written below.

Respectfully submitted:

Date:  January 10, 2025

/s/ *Emily M. Hoff*
Emily M. Hoff
Assistant City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5362
(215) 683-5397 (fax)
*Emily.hoff@phila.gov*