IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH SIMMONS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | Civil Action |
| v. | : | No. 22-1644 |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Defendants.** | : | |

**JOINT SUBMISSION OF THE PARTIES
PURSUANT TO THE COURT'S November 15th ORDER**

1. **Status of Discovery:** The parties continue to exchange discovery. Defendants have agreed to provide the Plaintiff with ESI discovery based on a narrowed set of requests and negotiated search terms.

2. **Depositions**: The Plaintiff's deposition was conducted on January 8, 2025. The parties have scheduled depositions of Defendants to take place February 11-13. Plaintiff has requested that counsel for the Defendants set aside additional dates for discovery in February and March.

3. **Outstanding discovery**: ESI is expected to be completed by the end of February 2025 and will be provided on a rolling basis. Plaintiff submitted a second set of discovery requests on January 29, 2025.

Date: February 3, 2025

Respectfully submitted,

*/s/ Nia Holston*
Nia Holston, Esquire
Attorney for Plaintiffs

/
KATHRYN FARIS
Senior Attorney
City of Philadelphia Law Department