IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH SIMMONS,** : | |
| : | **CIVIL ACTION** |
| Plaintiff, : | No. 22-1644 |
| : | |
| v. : | |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
| : | |
| Defendants : | |

### NOTICE OF ENTRY OF APPEARANCE

Kindly withdraw the appearance of Kathryn Faris as counsel for all defendants in this matter.

Date: February 24, 2025         /s/ *Kathryn Faris*

KATHRYN FARIS
Senior Attorney
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5445
(215) 683-5397 fax)
*Kathryn.faris@phila.gov*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH SIMMONS,** | : |
| Plaintiff, | : CIVIL ACTION<br>: No. 22-1644 |
| v. | : |
| **CITY OF PHILADELPHIA, et al.,** | : |
| **Defendants** | : |

I hereby certify that on the date below, the foregoing Withdrawal of Appearance was filed via the Court's electronic filing system and is available for downloading.

Date: February 24, 2025           /s/ *Kathryn Faris*

KATHRYN FARIS
Senior Attorney
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5445
(215) 683-5397 fax)
*Kathryn.faris@phila.gov*