

Nia Holston <nia@alcenter.org>

## Stip to Leave to Amend

**Nia Holston** <nia@alcenter.org>    Thu, Feb 27, 2025 at 10:34 AM
To: Emily Hoff <Emily.Hoff@phila.gov>, Jessica Gooding <jgooding@mceldrewpurtell.com>, John Coyle <jcoyle@mceldrewpurtell.com>, Katherine Raynor <kraynor@mceldrewpurtell.com>

Hi Emily,

Thank you for your email regarding Officer Thomas. We wanted to let you know that we plan to amend our complaint to 1) change the date listed in the complaint from February 22, 2021 to February 21, 2021, and 2) remove Deebu Cherian as a named defendant and add Jermaine Holmes, Charmaine Campbell, and Ryan Thomas. Please let us know if you will stipulate to this amendment. And in light of this, please let us know if you still want us to contact Mr. Holmes and Mr. Thomas.

Thank you,

Nia


--
Nia Holston
Staff Attorney
Abolitionist Law Center
nia@alcenter.org


CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.



Nia Holston <nia@alcenter.org>

## Simmons - Deposition Notices

**Emily Hoff** <Emily.Hoff@phila.gov>                                              Wed, Feb 19, 2025 at 12:19 PM
To: Nia Holston <nia@alcenter.org>, Kathryn Faris <Kathryn.Faris@phila.gov>, John Coyle <jcoyle@mceldrewpurtell.com>, Jessica Gooding <jgooding@mceldrewpurtell.com>

Nia,

Thank you for sending these through. I'm in the process of confirming availability for those noticed and Sgt. Dick and will respond with a substantive confirmation once I am able.

Also, we are sending a letter to Mr. Holmes. I hope to have an update to you soon.

Best,

Emily

**Emily M. Hoff** (she/her)

Assistant City Solicitor

City of Philadelphia Law Department

1515 Arch Street, 14th floor

Philadelphia, PA 19102

O: (215) 683-5362

emily.hoff@phila.gov

www.phila.gov/law

---

**From:** Nia Holston <nia@alcenter.org>
**Sent:** Tuesday, February 11, 2025 4:55 PM
**To:** Kathryn Faris <Kathryn.Faris@Phila.gov>; Emily Hoff <Emily.Hoff@phila.gov>; John Coyle <jcoyle@mceldrewpurtell.com>; Jessica Gooding <jgooding@mceldrewpurtell.com>
**Subject:** Simmons - Deposition Notices

> **External Email Notice.** This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.

Counsel,

Please find deposition notices attached.

Best,

Nia Holston


--

Nia Holston

Staff Attorney

Abolitionist Law Center

nia@alcenter.org



CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.