IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH SIMMONS**, Plaintiff, : : : | |
| v. : | Civil No. 2:22-cv-01644-JMG |
| : **THE CITY OF PHILADELPHIA**, *et al.*, : Defendants. : | |

## ORDER

**AND NOW**, this 9th day of April, 2025, upon consideration of Plaintiff's Unopposed Motion to Depose Jabri Riggins (ECF No. 91) and pursuant to Fed. R. Civ. P. 30(a)(2)(B), **IT IS HEREBY ORDERED** that Plaintiff's Motion (ECF No. 91) is **GRANTED**.

**IT IS FURTHER ORDERED** that Counsel for Defendants **SHALL** be permitted to depose Jabri Riggins, # QP0885, an incarcerated person, at a time, date, and manner convenient to the parties and the administration at the Pennsylvania Department of Corrections.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge