## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

ELIJAH WALTON,                              :
               Plaintiff,      :
                    :
          v.                   :    Civil No. 5:24-cv-04794-JMG
                    :
SUNRISE TRANSPORT, INC., *et al.*,          :
              Defendants.      :

_____


## ORDER

    **AND NOW,** this   10th   day of April, 2025, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.


                                        George Wylesol
                                        Clerk of Court


                                        By:


                                        */s/ Christine C. Stein*
                                        Christine C. Stein
                                        Deputy Clerk to Judge John M. Gallagher