IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

**JOSEPH SIMMONS,**
      **Plaintiff,**

v.

**CITY OF PHILADELPHIA, et al.,**
      **Defendants.**

Civil Action
No. 22-1644-JMG

---

## PRAECIPE FOR THE ENTRY OF JUDGEMENT

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 68, kindly enter judgement in the above captioned matter in favor of Plaintiff Joseph Simmons and against Defendant the City of Philadelphia in the amount of One-Hundred and Fifty Thousand Dollars ($150,000.00).

Attached as Exhibit A hereto is Defendants' Rule 68 Offer of Judgement. Attached as Exhibit B hereto is Plaintiff's Notice of Acceptance of Judgement.

The matter may be marked as closed following the entry of judgement.

Respectfully submitted,

/s/ John J. Coyle
John J. Coyle, Esq.
MCELDREW PURTELL
123 South Broad Street
Suite 2250
Philadelphia, PA 19109
215-545-8800
jcoyle@mceldrewpurtell.com


Nia Holston, Esq.
ABOLITIONIST LAW CENTER

P.O. Box 23032  
Pittsburgh, PA 15222  
nia@alcenter.org

Date: April 14, 2025

## **CERTIFICATE OF SERVICE**

I certify that the forgoing Praecipe for the Entry of Judgement was served upon all defendants via electronic filing.

/s/ John J. Coyle