IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SIMMONS, | : |
| Plaintiff, | : |
| | : Civil Action |
| v. | : No. 22-1644 |
| CITY OF PHILADELPHIA, et al., | : |
| Defendants. | : |

## OFFER OF JUDGMENT

TO:    Nia Holston, Esq.                      John Coyle, Esq.
          Abolitionist Law Center           McEldrew Purtell
          990 Spring Garden                123 S. Broad St., Ste. 2250
          Philadelphia, PA 19123           Philadelphia, PA 19109
          *Attorney for Plaintiff Joseph Simmons*    *Attorney for Plaintiff Joseph Simmons*

Pursuant to Federal Rule of Civil Procedure 68, Defendants the City of Philadelphia, Blanche Carney, Michele Farrell, Jessie Wilson, Fitzgerald Dick, Alfred Lebesco, Lovell Crawford and Charmaine Campbell, by and through their attorneys, Emily Hoff, Assistant City Solicitor, and Derek Kane, Deputy City Solicitor, hereby offer to allow Judgment to be taken against the City of Philadelphia only and in favor of the Plaintiff, Joseph Simmons, for all claims for damages, costs, attorneys' fees and interest accrued to date, in the amount of One-Hundred and Fifty Thousand and 00/100 Dollars ($150,000.00).

This Offer of Judgment is made solely for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed either as an admission that the Defendants are liable in this action, or that the Plaintiff has suffered any damages. Said judgment is to have no effect whatsoever except in settlement of this case. Additionally, this Offer of Judgment is not admissible

as evidence in any proceeding, except, if rejected, in a proceeding to determine costs. If this Offer of Judgment is not accepted in writing within fourteen (14) days, it shall be deemed withdrawn.

Date: <u>April 2, 2025</u>   <u>*/s/ Emily M. Hoff*</u>
Emily M. Hoff
Assistant City Solicitor
Pa. Attorney ID No. 330859
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5362
emily.hoff@phila.gov