IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JOSEPH SIMMONS,**
                  **Plaintiff,**

v.

**CITY OF PHILADELPHIA, et al.,**
                  **Defendants.**

Civil Action
No. 22-1644-JMG

## NOTICE OF ACCEPTANCE OF JUDGEMENT

TO:    Derek Kane, Esq.
        Emily M. Hoff, Esq.
        City of Philadelphia Law Department
        1515 Arch Street, 14th Floor
        Philadelphia, PA 19102
        Derek.kane@phila.gov
        Emily.hoff@phila.gov

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Joseph Simmons hereby accepts judgment to be entered against the City of Philadelphia for all claims for damages, costs, attorneys' fees and interest accrued to date in the amount of One-Hundred and Fifty Thousand Dollars ($150,000.00).

Respectfully submitted,

/s/ John J. Coyle
John J. Coyle, Esq.
MCELDREW PURTELL
123 South Broad Street
Suite 2250
Philadelphia, PA 19109
215-545-8800
jcoyle@mceldrewpurtell.com

Nia Holston, Esq.  
ABOLITIONIST LAW CENTER  
P.O. Box 23032  
Pittsburgh, PA 15222  
nia@alcenter.org  

Date: April 14, 2025

## CERTIFICATE OF SERVICE

I certify that the forgoing Notice of Acceptance of Judgement was served upon all defendants via electronic mail to counsel of record listed in the Notice.

/s/ John J. Coyle