IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH SIMMONS**, | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No. 2:22-cv-01644-JMG |
| | : |
| **THE CITY OF PHILADELPHIA**, *et al.*, | : |
| Defendants. | : |

### ORDER

**AND NOW**, this 16th day of April, 2025, upon consideration of the Praecipe for Entry of Judgement Pursuant to Fed. R. Civ. P. 68 (ECF No. 95) docketed by Plaintiff on April 14, 2025, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff against The City of Philadelphia in the amount of $150,000.[1]

2. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] Per the parties' agreement, this amount is inclusive of all damages, costs, attorneys' fees, and interest.