IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH SIMMONS           :
                         :
     v.                  :     NO. 22-cv-1644
                         :
THE CITY OF PHILADELPHIA, et al
                         :

## JUDGMENT

AND NOW, this 17th day of April, 2025, in accordance with defendant City of Philadelphia and Plaintiff Joseph Simmons' acceptance puruant to F.R.C.P. 68, It is ORDERED that judgment is entered in favor of Plaintiff Joseph Simmons and against Defendant City of Philadelphia in the amount of $150,000.00.

BY THE COURT:

ATTEST:

/s/Nicole Durso
Nicole Durso, Deputy Clerk